# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  MICHAEL A. SPAMPINATO     :  CHAPTER 7
        WENDY M. SPAMPINATO        :  NO. 18-12469AMC

## ORDER

AND NOW, this          day of                     , 2018, upon consideration of the within Motion to Avoid Judicial Lien of Sysco Philadelphia, LLC, Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of Sysco Philadelphia, LLC on the Debtor's real property located at 337 E. 8th Avenue, Conshohocken, PA, arising from Montgomery County Court of Common Pleas judgment, Docket No. 2014-20163, in the case captioned Sysco Philadelphia LLC v. Michael Spampinato and Spamps Inc., is hereby avoided pursuant to 11 U.S.C. § 522(f), upon discharge.

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc:   Michael Spampinato
      Daniel P. Mudrick, Esquire
      Sysco Philadelphia, LLC
      Sergio I. Scuteri, Esquire