# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    MICHAEL A. SPAMPINATO    :    CHAPTER 7
WENDY M. SPAMPINATO    :    NO. 18-12469AMC

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the within Motion to Avoid Judicial Lien of US Foods Inc., Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of US Foods Inc. on the Debtor's real property located at 337 E. 8th Avenue, Conshohocken, PA, arising from Montgomery County Court of Common Pleas judgment, Docket No. 2015-02701, in the case captioned US Foods Inc. v. Spamps Inc. and Michael A. Spampinato and Spamps, is hereby avoided pursuant to 11 U.S.C. § 522(f), upon discharge.

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc:    Michael Spampinato
Daniel P. Mudrick, Esquire
US Foods Inc.
Peter A. Lesser, Esquire