## UNITED STATES BANKRUPTCY COURT
## <u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

In re:        MICHAEL A. SPAMPINATO        :        CHAPTER 7
              WENDY M. SPAMPINATO          :        NO. 18-12469AMC


## <u>ORDER</u>


AND NOW, this        day of                    , 2018, upon consideration of the within Motion to Avoid Judicial Lien of Ashley Foods Inc., Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of Ashley Foods Inc. on the Debtor's real property located at 337 E. 8th Avenue, Conshohocken, PA, arising from Montgomery County Court of Common Pleas judgment, Docket No. 2013-32066, in the case captioned <u>Ashley Foods Inc. v. Spamps Restaurant Inc. and Michael Spampinato and Mike Spampinato and Wendy Spampinato</u>, is hereby avoided pursuant to 11 U.S.C. § 522(f), upon discharge.

_____
ASHELY M. CHAN
United States Bankruptcy Judge


cc:    Michael Spampinato
       Daniel P. Mudrick, Esquire
       Ashley Foods Inc.
       James Adelman, Esquire