# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     MICHAEL A. SPAMPINATO     :     CHAPTER 7
        WENDY M. SPAMPINATO       :     NO. 18-12469AMC

## CERTIFICATE OF NO ANSWER OR OBJECTION

    I, Daniel P. Mudrick, Esquire, Counsel for Debtors, hereby certify, pursuant to Local Bankruptcy Rule 9014-3(j), that:

    1.     Debtors' Motion to Avoid Lien of Ashley Foods, Inc. on 337 E. 8th Avenue, Conshohocken, PA was filed of record with this Court on July 27, 2018;

    2.     Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on July 27, 2018; and

    3.     As of this date, Counsel for Debtors has received no Answer or Objection from any interested party to the granting of this Motion.


Dated:     8/27/2018                              /s/ Daniel P. Mudrick
                                                                  Daniel P. Mudrick, Esquire
                                                                   Attorney for Debtors
                                                                    One West First Avenue, Suite 101
                                                                    Conshohocken, PA 19428-6800
                                                                    (610) 832-0100