# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     MICHAEL A. SPAMPINATO         :     CHAPTER 7
           WENDY M. SPAMPINATO           :     NO. 18-12469AMC

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtors, hereby certify, pursuant to Local Bankruptcy Rule 9014-3(j), that:

1. Debtors' Motion to Avoid Lien of SYSCO Philadelphia LLC on 337 E. 8th Avenue, Conshohocken, PA was filed of record with this Court on July 27, 2018;

2. Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on July 27, 2018; and

3. As of this date, Counsel for Debtors has received no Answer or Objection from any interested party to the granting of this Motion.

Dated:     8/27/2018                       /s/ Daniel P. Mudrick
                                           Daniel P. Mudrick, Esquire
                                           Attorney for Debtors
                                           One West First Avenue, Suite 101
                                           Conshohocken, PA 19428-6800
                                           (610) 832-0100