### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   MICHAEL A. SPAMPINATO   :   CHAPTER 7
        WENDY M. SPAMPINATO   :   NO. 18-12469AMC

### CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtors, hereby certify, pursuant to Local Bankruptcy Rule 9014-3(j), that:

1. Debtors' Motion to Avoid Lien of U.S. Foods on 337 E. 8th Avenue, Conshohocken, PA was filed of record with this Court on July 27, 2018;

2. Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on July 27, 2018; and

3. As of this date, Counsel for Debtors has received no Answer or Objection from any interested party to the granting of this Motion.

Dated:   8/27/2018

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtors
One West First Avenue, Suite 101
Conshohocken, PA 19428-6800
(610) 832-0100