United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael A. Spampinato
Wendy M. Spampinato
    Debtors

Case No. 18-12469-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Aug 29, 2018
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.
db/jdb       +Michael A. Spampinato,    Wendy M. Spampinato,    133 Merion Avenue,    W. Conshohocken, PA 19428-2839
14090563      ASHLEY FOODS INC.,    124 W Venango St,    Philadelphia, PA   19140-4635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
         DANIEL P. MUDRICK    on behalf of Debtor Michael A. Spampinato dpmudrick@verizon.net, G30229@notify.cincompass.com
         DANIEL P. MUDRICK    on behalf of Joint Debtor Wendy M. Spampinato dpmudrick@verizon.net, G30229@notify.cincompass.com
         KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         SERGIO I. SCUTERI    on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com
         TERRY P. DERSHAW     td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    MICHAEL A. SPAMPINATO    :    CHAPTER 7
        WENDY M. SPAMPINATO    :    NO. 18-12469AMC

## ORDER

AND NOW, this 29th day of August, 2018, upon consideration of the within Motion to Avoid Judicial Lien of Ashley Foods Inc., Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of Ashley Foods Inc. on the Debtor's real property located at 337 E. 8th Avenue, Conshohocken, PA, arising from Montgomery County Court of Common Pleas judgment, Docket No. 2013-32066, in the case captioned <u>Ashley Foods Inc. v. Spamps Restaurant Inc. and Michael Spampinato and Mike Spampinato and Wendy Spampinato</u>, is hereby avoided pursuant to 11 U.S.C. § 522(f).

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc:    Michael Spampinato
      Daniel P. Mudrick, Esquire
      Ashley Foods Inc.
      James Adelman, Esquire