United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-12469-amc
Michael A. Spampinato                                                  Chapter 7
Wendy M. Spampinato
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW            Page 1 of 1            Date Rcvd: Aug 29, 2018
                             Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db/jdb         +Michael A. Spampinato,    Wendy M. Spampinato,    133 Merion Avenue,
                 W. Conshohocken, PA 19428-2839
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 14090589       E-mail/Text: ncrsusf@bryancave.com Aug 30 2018 02:14:54      U.S. FOODS, INC.,
                 2255 High Hill Rd,    Bridgeport, NJ  08014-2200
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Debtor Michael A. Spampinato dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Joint Debtor Wendy M. Spampinato dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SERGIO I. SCUTERI    on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    MICHAEL A. SPAMPINATO    :    CHAPTER 7
           WENDY M. SPAMPINATO     :    NO. 18-12469AMC

### ORDER

AND NOW, this 29th day of August, 2018, upon consideration of the within Motion to Avoid Judicial Lien of US Foods Inc., Respondent's response, if any, and after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and that the judicial lien of US Foods Inc. on the Debtor's real property located at 337 E. 8th Avenue, Conshohocken, PA, arising from Montgomery County Court of Common Pleas judgment, Docket No. 2015-02701, in the case captioned <u>US Foods Inc. v. Spamps Inc. and Michael A. Spampinato and Spamps</u>, is hereby avoided pursuant to 11 U.S.C. § 522(f).

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc:    Michael Spampinato
       Daniel P. Mudrick, Esquire
       US Foods Inc.
       Peter A. Lesser, Esquire