United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-12469-amc
Michael A. Spampinato                                           Chapter 7
Wendy M. Spampinato
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Stacey            Page 1 of 1            Date Rcvd: Sep 18, 2018
                             Form ID: 195            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
```
db/jdb        +Michael A. Spampinato,   Wendy M. Spampinato,    133 Merion Avenue,
               W. Conshohocken, PA 19428-2839
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
```
          DANIEL P. MUDRICK    on behalf of Debtor Michael A. Spampinato dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          DANIEL P. MUDRICK    on behalf of Joint Debtor Wendy M. Spampinato dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          SERGIO I. SCUTERI    on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com
          TERRY P. DERSHAW     td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Michael A. Spampinato and Wendy M. Spampinato : Case No. 18−12469−amc

    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 18, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

39
Form 195